IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:05-CR-124 |
| ) | (JORDAN/GUYTON) |
| KENNETH BRIDGES, et al., ) | |
| ) | |
| Defendants. ) | |

### MEMORANDUM AND ORDER

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. This case came before the undersigned on May 9, 2006 for an initial appearance and arraignment of defendant Kenneth Bridges on the Superseding Indictment. Assistant United States Attorney Hugh B. Ward, Jr. appeared on behalf of the government. Andrew Roskind appeared as newly appointed counsel for the defendant, Kenneth Bridges. The defendant Bridges also was present.

The Court took up Mr. Roskind's oral Motion To Extend the Motion Deadline for his client and finding it well-taken, and not opposed by the government, the said oral Motion was **GRANTED**, and a new motion date was set.

Accordingly, it is **ORDERED**:

(1) The defendant Kenneth Bridges will file any motions on or before **June 26, 2006**; and

1

(2) Government will respond to any motions filed by Bridges on or before **July 10, 2006**.

**IT IS SO ORDERED.**

ENTER:


      s/ H. Bruce Guyton
United States Magistrate Judge